Verification of Creditor Mailing List - (Rev. 12/03)                               2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Rule 1007-2(d)

Name: Joanne Segovia
Address: 17511 Villa Park Street
La Puente, CA 91744
Telephone: (626) 581-2450

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| List all names including trade names, used by Debtor(s) within last 6 years:<br>Joanne Segovia | Case No. |
|---|---|
| | Chapter    7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I assume all responsibility for errors and omissions.

Date: 2-10-05

Joanne Segovia
Signature of Debtor