Joanne Segovia
17511 Villa Park Street
La Puente, CA 91744


United States Trustee
725 S. Figueroa St. 26th Floor
Los Angeles, CA 90017


American Recovery
1699 Wall Street, Suite 300
Mount Prospect, IL 60056-5788


BMG Music
c/o GC Services
P.O. Box 3026
Houston, TX 77253-3026


Bradford Exchange
c/o Universal Fidelity
P.O. Box 941911
Houston, TX 77094-8911


Capital One
PO Box 60000
Seattle, WA 98190-6000


Cingular Wireless
P.O. Box 60017
Los Angeles, CA 90060-0017


Circuit City
Bank One
P.O. Box 100044
Kennesaw, GA 30156-9244

Figi's, Inc.
P.O. Box 8090
Marshfield, WI 54449

GC Services
P.O. Box 3724
Knoxville, TN 37927

General Revenue Corporation
10550 West Charleston Boulevard
Las Vegas, NV 89135

Global Vantage
P.O. Box 945
Brookfield, WI 53008-0945

MRS, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Sallie Mae
P.O. Box 4700
Wilkes Barre, PA 18773-4700

Sears
P.O. Box 6563
The Lakes, NV 88901-6563

T-Mobile
c/o First Revenue Assurance
P.O. Box 5818
Denver, CO 80217


Target
P.O. Box 59231
Minneapolis, MN 55459-0231


Van Ru Credit Corporation
150 South Sunny Slope, Suite 108
Brookfield, WI 53005


Wal-Mart
P.O. Box 960023
Orlando, FL 32896-0023